## Commonwealth *v.* Winters, Appellant.

Submitted March 17, 1975. *Reggie B. Walton, Douglas Riblet*, and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Flora E. Roomberg, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abra-*

ham *J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.